# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **RONALD M. LELEAUX, JR.** | **CIVIL ACTION NO. 09-0669** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **BRIAN NEWCOMER, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## AMENDED JUDGMENT

The July 28, 2009 Judgment [Doc. No. 13] is HEREBY AMENDED as follows,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the "Motion to Dismiss Civil Complaint # 3:09cv669 and Defendant John R. Harrison in all cases, namely 3:09cv707" [Doc. No. **11**] is GRANTED IN PART, and Plaintiff Ronald M. Leleaux, Jr.'s claims are DISMISSED WITHOUT PREJUDICE in accordance with Federal Rule of Civil Procedure 41(a). The remainder of the motion is DENIED.

MONROE, LOUISIANA, this 6th day of August, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE